**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:11-BK-34354 |
| | § | |
| PAUL J. ROCKHOLD | § | |
| LAURIE J. ROCKHOLD | § | |
| | § | Judge: L. S. Walter |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

John G. Jansing, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $265,985.54 | Assets Exempt: | $200.00 |
| Total Distributions to Claimants: | $1,645.91 | Claims Discharged Without Payment: | $213,547.93 |
| Total Expenses of Administration: | $1,954.09 | | |

3) Total gross receipts of $3,600.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,600.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $146,654.25 | $153,258.76 | $500.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,954.09 | $1,954.09 | $1,954.09 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $17,125.62 | $30,185.33 | $30,185.33 | $1,645.91 |
| General Unsecured Claims (from **Exhibit 7**) | $128,362.73 | $153,534.04 | $152,380.01 | $0.00 |
| **Total Disbursements** | $292,142.60 | $338,932.22 | $185,019.43 | $3,600.00 |

4). This case was originally filed under chapter 13 on 08/08/2011. The case was converted to one under Chapter 7 on 04/23/2013. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2015     By: /s/ John G. Jansing
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 GMC Denali (109,000 miles) [daughter now uses exclusively, and will be making payments on outstanding loan][Current | 1129-000 | $3,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,600.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ally Financial Inc. f/k/a GMAC Inc. | 4110-000 | $0.00 | $8,305.30 | $0.00 | $0.00 |
| 13 | JPMorgan Chase Bank, National Association | 4110-000 | $0.00 | $104,427.21 | $0.00 | $0.00 |
| 19 | JPMorgan Chase Bank, N.A. | 4110-000 | $0.00 | $40,026.25 | $0.00 | $0.00 |
| 24 | eCAST Settlement Corporation | 4110-000 | $0.00 | $500.00 | $500.00 | $0.00 |
| | Ally Financial | 4110-000 | $2,435.00 | $0.00 | $0.00 | $0.00 |
| | Chase Home Finance | 4110-000 | $103,011.49 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $797.75 | $0.00 | $0.00 | $0.00 |
| | JPMorgan Chase Bank | 4110-000 | $40,410.01 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$146,654.25** | **$153,258.76** | **$500.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John G. Jansing, Trustee | 2100-000 | NA | $900.00 | $900.00 | $900.00 |
| John G. Jansing, Trustee | 2200-000 | NA | $586.09 | $586.09 | $586.09 |
| U. S. Bankruptcy | 2700-000 | NA | $293.00 | $293.00 | $293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Court | | | | | |
| Upper Miami Valley Storage, Auctioneer for Trustee | 3610-000 | NA | $175.00 | $175.00 | $175.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,954.09 | $1,954.09 | $1,954.09 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Internal Revenue Service | 5800-000 | $0.00 | $30,185.33 | $30,185.33 | $1,645.91 |
| | Internal Revenue Service | 5800-000 | $17,125.62 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $17,125.62 | $30,185.33 | $30,185.33 | $1,645.91 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 7100-000 | $19,657.99 | $19,869.70 | $19,869.70 | $0.00 |
| 3 | Department Stores National BankVisa | 7100-000 | $9,600.01 | $9,682.33 | $9,682.33 | $0.00 |
| 4 | Department Stores National BankMacys | 7100-000 | $2,481.03 | $2,571.66 | $2,571.66 | $0.00 |
| 5 | Randolf Compton | 7100-000 | $0.00 | $140.00 | $0.00 | $0.00 |
| 6 | Digestive Specialists, Inc. | 7100-000 | $337.96 | $362.96 | $362.96 | $0.00 |
| 7 | Digestive Endoscopy Center | 7100-000 | $696.00 | $721.00 | $721.00 | $0.00 |
| 8 | GI Pathology of Dayton | 7100-000 | $288.00 | $215.09 | $215.09 | $0.00 |
| 9 | Capital One,N.A | 7100-000 | $979.00 | $1,014.66 | $1,014.66 | $0.00 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $18,019.00 | $26,952.85 | $26,952.85 | $0.00 |
| 11 | Chase Bank USA, N.A. | 7100-000 | $26,331.00 | $31,108.01 | $31,108.01 | $0.00 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | $8,448.01 | $18,389.77 | $18,389.77 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $8,612.23 | $8,612.23 | $0.00 |
| 15 | World Financial Network National Bank | 7100-000 | $526.00 | $526.03 | $526.03 | $0.00 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | $3,827.45 | $569.31 | $569.31 | $0.00 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | $890.00 | $890.09 | $890.09 | $0.00 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | $459.00 | $459.88 | $459.88 | $0.00 |
| 20a | Internal Revenue Service | 7100-000 | $0.00 | $9,092.30 | $9,092.93 | $0.00 |
| 21 | eCAST Settlement Corporation assignee of Citibank | 7100-000 | $10,706.00 | $10,708.54 | $10,708.54 | $0.00 |
| 22 | Portfolio Recovery Associates, LLC | 7100-000 | $5,327.00 | $5,486.30 | $5,486.30 | $0.00 |
| 23 | eCAST Settlement Corporation | 7100-000 | $2,724.40 | $2,822.78 | $2,822.78 | $0.00 |
| 24a | eCAST Settlement Corporation | 7100-000 | $1,562.00 | $1,558.26 | $1,558.26 | $0.00 |
| 25 | American InfoSource LP as agent for | 7100-000 | $0.00 | $765.63 | $765.63 | $0.00 |
| 26 | Capital One NA | 7100-000 | $0.00 | $1,014.66 | $0.00 | $0.00 |
| | Best Buy | 7100-000 | $2,099.66 | $0.00 | $0.00 | $0.00 |
| | GI Pathology of Dayton | 7100-000 | $190.09 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $3,973.80 | $0.00 | $0.00 | $0.00 |
| | JCPenney | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| | Main Street Acquisition Corp. | 7100-000 | $1,562.78 | $0.00 | $0.00 | $0.00 |
| | Miami Valley Emergency Specialists | 7100-000 | $751.55 | $0.00 | $0.00 | $0.00 |
| | Miami Valley Hospital | 7100-000 | $6,385.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $128,362.73 | $153,534.04 | $152,380.01 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 11-34354 | | **Trustee Name:** | John G. Jansing |
| **Case Name:** | ROCKHOLD, PAUL J. AND ROCKHOLD, LAURIE J. | | **Date Filed (f) or Converted (c):** | 04/23/2013 (c) |
| **For the Period Ending:** | 8/27/2015 | | **§341(a) Meeting Date:** | 06/14/2013 |
| | | | **Claims Bar Date:** | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on hand - Paul ($5) Laurie ($15) | $20.00 | $0.00 | | $0.00 | FA |
| 2  Chase Bank checking account | $200.00 | $0.00 | | $0.00 | FA |
| 3  Refrigerator, stove ($450); kitchen table, chairs ($50), dining room table, hutch, server ($400), 2 refrigerators ($50); couch, 2 chairs ($200); televsion ($100); grandfather clock ($100); bed, stereo, dresser ($300); bed, dresser, televsion, desk ($225); sun room furniture ($150); riding lawn mower ($100) | $2,125.00 | $0.00 | | $0.00 | FA |
| 4  Household goods and furnishings - Paul ($120) Laurie ($300) | $420.00 | $0.00 | | $0.00 | FA |
| 5  Al Rock Corp. (Amended appraisal attached: please see actual value listed as $23,031.00) | $68,531.00 | $0.00 | | $0.00 | FA |
| 6  2002 Chevrolet Suburban (199,000 miles): Current NADA value: $6425 minus $3863.80 (body work) minus $2046.66 (mechanical) [estimates for needed work to bring to good condition attached] | $514.54 | $500.00 | | $0.00 | FA |
| 7  2005 GMC Envoy (145,084 miles) [Current NADA value $6125, minus estimated cost of repairs: all gauges in dashboard not working ($600); needs air shocks ($600); brakes ($550) | $4,375.00 | $5,250.00 | | $0.00 | FA |
| 8  2005 GMC Denali (109,000 miles) [daughter now uses exclusively, and will be making payments on outstanding loan][Current NADA value ($9662); needs brakes ($600) | $9,062.00 | $2,865.00 | | $3,600.00 | FA |
| 9  28 West Ellis Drive, Waynesville, OH 45068 | $190,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $275,247.54 | $8,615.00 | $3,600.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-34354 | | | Trustee Name: | John G. Jansing |
|---|---|---|---|---|---|
| Case Name: | ROCKHOLD, PAUL J. AND ROCKHOLD, LAURIE J. | | | Date Filed (f) or Converted (c): | 04/23/2013 (c) |
| For the Period Ending: | 8/27/2015 | | | §341(a) Meeting Date: | 06/14/2013 |
| | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2014 | Debtors unable to purchase equity in all vehicles. Allowed debtors to move exemptions to cover value of 2002 Suburban and 2005 GMC Envoy. Debtors surrendered 2005 GMC Denali. Vehicle appraised for $3600. Will be sold at auction at Baymans. |
| 07/23/2014 | Determined that debtors' interest in franchise/business of inconsequential value to estate. Sent demand letter to counsel regarding debtors' purchase of non-exempt equity in motor vehicles. |
| 03/31/2014 | Reviewed corporate docs and vehicle values. Determining whether debtors have funds to purchase non-exempt equity from estate. |
| 01/10/2014 | Determined that mortgage execution and acknowledgment was valid. Entered into AO dismissing adversary case. |
| 09/15/2013 | Filed Complaint to determine validity of second mortgage to JP Morgan Chase. Negotiating value of non-exempt equity in vehicles. Waiting on information regarding value of stock in AL Rock. |
| 06/24/2013 | Awaiting appraisals for motor vehicles. Awaiting additional information regarding AL Rock stock. Plan to file Complaint to determine validity of JPMorgan Chase Bank's second mortgage on real estate located at 28 West Ellis Drive. |

Initial Projected Date Of Final Report (TFR):   06/30/2014        Current Projected Date Of Final Report (TFR):   03/31/2015        /s/ JOHN G. JANSING
                                                                                                                                  JOHN G. JANSING

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-34354 | | Trustee Name: | John G. Jansing |
| Case Name: | ROCKHOLD, PAUL J. AND ROCKHOLD, LAURIE J. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6233 | | Checking Acct #: | ******0199 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/8/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/27/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2014 | (8) | D N R Auto Inc | Payment from DNR Auto Inc. | 1129-000 | $3,600.00 | | $3,600.00 |
| 02/24/2015 | 2001 | Upper Miami Valley Storage | Sale and cleanup fee | 3610-000 | | $175.00 | $3,425.00 |
| 04/14/2015 | 2002 | John G. Jansing | Trustee Compensation | 2100-000 | | $900.00 | $2,525.00 |
| 04/14/2015 | 2003 | John G. Jansing | Trustee Expenses | 2200-000 | | $586.09 | $1,938.91 |
| 04/14/2015 | 2004 | U. S. Bankruptcy Court | Claim #: 27; Amount Allowed: 293.00; | 2700-000 | | $293.00 | $1,645.91 |
| 04/14/2015 | 2005 | Internal Revenue Service | Claim #: 20; Amount Allowed: 30,185.33; | 5800-000 | | $1,645.91 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | | TOTALS: | $3,600.00 | $3,600.00 | $0.00 |
| | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | Subtotal | $3,600.00 | $3,600.00 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $3,600.00 | $3,600.00 | |

**For the period of 8/8/2011 to 8/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/01/2014 to 8/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,600.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,600.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,600.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-34354 | | Trustee Name: | John G. Jansing |
|---|---|---|---|---|
| Case Name: | ROCKHOLD, PAUL J. AND ROCKHOLD, LAURIE J. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6233 | | Checking Acct #: | ******0199 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/8/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 8/27/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,600.00 | $3,600.00 | $0.00 |

| For the period of 8/8/2011 to 8/27/2015 | | For the entire history of the case between 04/23/2013 to 8/27/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,600.00 | Total Compensable Receipts: | $3,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,600.00 | Total Comp/Non Comp Receipts: | $3,600.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,600.00 | Total Compensable Disbursements: | $3,600.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,600.00 | Total Comp/Non Comp Disbursements: | $3,600.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN G. JANSING

JOHN G. JANSING